

[No. 375-3. Division Three. February 8, 1972.]

THE STATE OF WASHINGTON, *Respondent,* v. THOMAS J. SARVER, *Appellant.*

[No. 456-3. Division Three. February 8, 1972.]

THE WASHINGTON WATER POWER COMPANY, *Respondent,* v. MRS. ROY T. HOTCHKISS, *Appellant.*

[No. 391-3. Division Three. February 10, 1972.]

MARY E. STEPHENS, *Appellant,* v. TRAVELERS INSURANCE COMPANY, *Respondent.*

[No. 524-2. Division Two. February 15, 1972.]

MAXINE S. SCHNELL, *Appellant,* v. DALE W. BECKER et al., *Respondents.*